**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

EOD JUN 14 '01

FILED-CLERK
U.S. DISTRICT COURT

01 JUN 14 PM 2:18

TEXAS-EASTERN

BY _____

| | | |
|---|---|---|
| JAMIE RAGAN, SUSAN RAGAN AND DONALD RAGAN | § § § § | |
| VS. | § § | 5:99-CV-93 |
| UNITED STATES OF AMERICA | § § | |

### FINAL JUDGMENT

In accordance with the Court's Findings of Fact and Conclusions entered contemporaneously herein, the Court enters judgment against the United States of America and for Plaintiffs Jamie Ragan, Susan Ragan, and Donald Ragan.

Based on the findings of fact and conclusions of law, the Court **ORDERS** that the Defendant, the United States of America, pay Plaintiff Jamie Ragan the following amounts for each element of her damages:

| | | |
|---|---|---|
| 1. | Past medical expenses: | $ 455,223 |
| 2. | Medical and custodial care expenses that, in reasonable probability, Jamie Ragan will sustain in the future: | $ 6,750,000 |
| 3. | Past and future physical pain and mental anguish: | $ 725,000 |
| 4. | Past and future physical impairment: | $ 625,000 |
| 5. | Past and Future Disfigurement: | $ 525,000 |
| 6. | Lost Earnings: | $ 32,583 |
| 7. | Loss of earning capacity: | $ 750,000 |
| | TOTAL | $ 9,862,806 |

The Court further **ORDERS** that the Defendant pay Susan Ragan $ **700,000** and pay Donald


113

Ragan $ **50,000**.

All sums awarded in this judgment shall earn post-judgment interest at a rate of 3.64% compounded annually from this date until paid in full.

All relief not granted herein is **DENIED**.

This is a **FINAL JUDGMENT**.

Signed this 14th day of June, 2001.

DAVID FOLSOM,
UNITED STATES DISTRICT JUDGE